IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

STEVEN M. LEGGETT,

      Appellant,

v.

FLAGSTAR BANK, FSB and
GREEN TREE SERVICING,
LLC,

      Appellees.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-0363

Opinion filed November 17, 2016.

An appeal from the Circuit Court for Duval County.
Virginia Baker Norton, Judge.

Eric A. Lanigan of Lanigan & Lanigan, PL, Winter Park, for Appellant.

Andrew P. Marcus of GrayRobinson, P.A., Fort Lauderdale, for Appellee Flagstar
Bank, FSB; Michael Ruff of the Law Office of Timothy D. Padgett, P.A.,
Tallahassee, for Appellee Green Tree Servicing, LLC.


PER CURIAM.

      AFFIRMED.  Bartram v. U.S. Bank N.A., --- So. 3d ---, 41 Fla. L. Weekly

S493a, 2016 WL 6538647 (Fla. Nov. 3, 2016); Evergrene Partners, Inc. v.

Citibank, N.A., 143 So. 3d 954 (Fla. 4th DCA 2014).

WOLF, BILBREY, and M.K. THOMAS, JJ., CONCUR.